# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DEWAYNE LEE TURNER, <br> Plaintiff, <br> v. <br> UNKNOWN, <br> Defendant. | Case No. 21-cv-04947-SVK <br><br> **ORDER OF TRANSFER** |

Petitioner, a state prisoner at Mule Creek State Prison, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner challenges a conviction from the Sacramento County Superior Court. A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state which contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d).

Because both Mule Creek --- in Amador County --- and Sacramento County lie within the Eastern District of California, venue is proper in that District. *See* 28 U.S.C. § 84(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

Dated: June 29, 2021

SUSAN VAN KEULEN
United States Magistrate Judge